UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Luis Gustavo Gutierrez Nunez, | ) | CASE NO.   3:26CV785 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | MEMORANDUM OF OPINION |
| | ) | AND ORDER |
| U.S. Attorney General, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner Luis Gustavo Gutierrez Nunez filed this petition pursuant to 28 U.S.C. § 2241. Nunez asserted in his petition that he in ICE custody and was not afforded a bond hearing. Initially, the Government moved to dismiss the matter for lack of jurisdiction, but the Government now acknowledges that recent Sixth Circuit precedent compels granting the petition.   Specifically, the Government notes:

> Respondent acknowledges Lopez-Campos is binding on this Court and controls the outcome of this matter. Consistent with the relief affirmed in Lopez-Campos, the Court should order a bond hearing to be conducted by an immigration judge under 8 U.S.C. § 1226(a) within seven days of the issuance of the order or immediately release Petitioner.

Doc. 7 at 2 (citing *Lopez-Campos v. Raycraft*, ___ F.4th ___, Nos. 25-1965/1969/1978/1982, 2026 U.S. App. LEXIS 13519 (6th Cir. May 11, 2026).

1

Based on the Government's concession and the binding precedent of *Lopez-Campos*, Petitioner's petition is GRANTED.   An immigration judge shall conduct a bond hearing within seven days of this Order or immediately release Petitioner.

IT IS SO ORDERED.

Date: May 19, 2026

_/s/ John R. Adams_
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE

2